| PROB 22<br>(Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br>CR 02-72-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

08CR 0166
MAGISTRATE JUDGE MASON
JUDGE GETTLEMAN

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>JAVON DAVIS | DISTRICT<br>Northern District of Iowa | DIVISION<br>Cedar Rapids |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Linda R. Reade, Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>Jul 17, 2007 | TO<br>Jul 16, 2012 |

FILED
J N 2-25-08
FEB 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

OFFENSE

21 U.S.C. §§ 841(a)(1) and 841(B)(1)(A) - Possession with Intent to Distribute Cocaine Base

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

_2-5-08_
Date

_[signature]_
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 2 2008
Effective Date

_[signature]_
United States District Judge