

MICHAEL W. DOBBINS

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

February 27, 2008

Iowa Northern District Court
313 Federal Bldg and United States Courthouse
101 First Street, S.E.
Cedar Rapids, IA 52401-1202



FILED
3-7-08
MAR - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED FEB 29 2008

Dear Clerk:

Re:   US v Javon Davis

Our case number:   08 CR 166   - Northern District of Illinois      Your case number 02 CR 72

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Javon Davis, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

          Sincerely,

          Michael W. Dobbins
          Clerk

by:    Laura Springer

          Deputy Clerk

Enclosure

CLOSED

## U.S. District Court
## Northern District of Iowa (Cedar Rapids)
## CRIMINAL DOCKET FOR CASE #: 1:02-cr-00072-LRR All Defendants
## Internal Use Only

Case title: USA v. Davis                                  Date Filed: 09/27/2002

Assigned to: Chief Judge Linda R Reade
Referred to: Chief Magistrate John A Jarvey

### Defendant (1)

**Javon Davis**                       represented by **Jane Kelly**
*TERMINATED: 08/07/2003*                              Federal Public Defender
                                                      320 Third Street, SE
                                                      Suite 200
                                                      **ECF
                                                      Cedar Rapids, IA 52401-1505
                                                      319 363 9540
                                                      Fax: 363 9542
                                                      Email: jane_kelly@fd.org
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Public Defender or Community Defender Appointment*

### Pending Counts                                    ### Disposition

21:841(a)(1) and 841(b)(1)(A).F
CONTROLLED SUBSTANCE -                                70 months imprisonment. 5 years
SELL, DISTRIBUTE, OR DISPENSE                         supervised release. $100.00 assessment.
(1)

### Highest Offense Level (Opening)

Felony

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document

### Terminated Counts                                 Disposition
                                                      remaining on file and record in my office.
None                                                  WITNESS my hand and seal of said Court
                                                      this 29th day of February, 2008
                                                      Robert L. Phelps, Clerk
                                                      By _____
### Highest Offense Level (Terminated)                           Deputy

`None

**Complaints**                                             **Disposition**

None

**Plaintiff**

**United States of America**                   represented by  **Patrick J Reinert**
                                                               US Attorney's Office
                                                               Northern District of Iowa
                                                               401 First Street SE
                                                               Hach Building, Suite 400
                                                               **ECF
                                                               Cedar Rapids, IA 52401-1825
                                                               319 363 0091
                                                               Fax: 363 1990
                                                               Email: pat.reinert@usdoj.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2002 | 1 | INDICTMENT by USA Counts filed against Javon Davis (1) count(s) 1 DGE (Entered: 10/01/2002) |
| 09/27/2002 | 2 | PRAECIPE FOR WARRANT to Marshal for svc as to Javon Davis DGE (Entered: 10/01/2002) |
| 09/27/2002 | 3 | ORDER by Chief Mag Judge John A. Jarvey as to defendant Javon Davis sealing case until arrest of the deft (cc: all counsel,USM,USP) DGE (Entered: 10/01/2002) |
| 09/30/2002 |   | WARRANT to Marshal for svc on Javon Davis by Clerk DGE (Entered: 10/01/2002) |
| 11/08/2002 |   | (Court only) Docket Modification (Utility) as to defendant Javon Davis, plaintiff USA case unsealed Seal (Entered: 11/08/2002) |
| 11/08/2002 | 4 | WARRANT w/Marshal's return executed as to defendant Javon Davis ; defendant arrested on 11/7/02 DGE (Entered: 11/08/2002) |
| 11/14/2002 | 5 | RULE 40 Documents received from Eastern District of MO as to defendant Javon Davis frmemp (Entered: 11/14/2002) |
| 11/20/2002 |   | (Court only) Docket Modification (Utility) as to defendant Javon Davis, plaintiff USA case reassigned to Judge Linda R. Reade 11/20/02 frmemp (Entered: 11/20/2002) |
| 11/25/2002 |   | REMARK: ARRAIGNMENT set for 4:00 11/25/02 for Javon Davis w/Judge Jarvey 2nd flr courtroom (everyone notified by e-mail) DGE (Entered: 11/25/2002) |

| | | |
|---|---|---|
| 11/25/2002 | 6 | CLERK'S COURT MINUTES: as to defendant Javon Davis before Chief Mag Judge John A. Jarvey ARRAIGNMENT held on 11/25/02 , dft Javon Davis arraigned; not guilty plea entered; Attorney Jane Kelly present; COURT REPORTER Tape #70 DGE (Entered: 11/26/2002) |
| 11/25/2002 | 7 | TRIAL SCHEDULING AND MANAGEMENT ORDER by Chief Mag Judge John A. Jarvey : Pretrial Motions ddl: 12/20/02 Pretrial Conference: 8:00 2/3/02 for Javon Davis JURY TRIAL: 9:00 2/3/02 for Javon Davis w/Judge Reade Cedar Rapids, IA (cc: all counsel,USM,USP,pc,jd) DGE (Entered: 11/26/2002) |
| 11/25/2002 | 8 | ORDER SETTING CONDITIONS OF RELEASE for: PR for Javon Davis by Chief Mag Judge John A. Jarvey (cc: all counsel,USP,USM) DGE (Entered: 11/26/2002) |
| 11/25/2002 | 9 | STIPULATED DISCOVERY ORDER by Chief Mag Judge John A. Jarvey as to Javon Davis (cc: all counsel) DGE (Entered: 11/26/2002) |
| 12/03/2002 | 10 | ORDER FOR APPOINTMENT OF COUNSEL by Chief Mag Judge John A. Jarvey for defendant Javon Davis appointing FPD (cc: USA/FPD) DGE (Entered: 12/03/2002) |
| 01/06/2003 | 11 | ORDER by Chief Mag Judge John A. Jarvey as to defendant Javon Davis STATUS HEARING set for 12:00 1/9/03 for Javon Davis w/Judge Jarvey Cedar Rapids (cc: all counsel,USM,USP) MJJ (Entered: 01/07/2003) |
| 01/10/2003 | | REMARK: STATUS HEARING set for 2:00 1/16/03 for Javon Davis w/Judge Jarvey 2nd flr courtroom (everyone notified by e-mail) DGE (Entered: 01/10/2003) |
| 01/13/2003 | 12 | NOTICE of Intent to Plead Guilty by defendant Javon Davis DGE (Entered: 01/14/2003) |
| 01/15/2003 | 13 | ORDER OF CONTINUANCE per 18:3161 by Chief Mag Judge John A. Jarvey as to defendant Javon Davis: Time is excluded in the interest of justice from 1/15/03 to date of plea or trial CHANGE PLEA HRG set for 2:00 1/28/03 for Javon Davis w/Judge Jarvey 2nd flr courtroom (cc: all counsel,USM,USP,pc,ks) DGE (Entered: 01/15/2003) |
| 01/15/2003 | | (Court only) (Utility Event) - Terminating Deadline(s) DGE (Entered: 01/15/2003) |
| 01/28/2003 | 14 | CLERK'S COURT MINUTES w/Exhibit List: as to defendant Javon Davis before Chief Mag Judge John A. Jarvey PLEA HEARING held on 1/28/03 ; Deft plead to count 1; Deft released pending sentencing; COURT REPORTER Tracy Lamp DGE (Entered: 01/28/2003) |
| 01/28/2003 | 15 | REPORT AND RECOMMENDATION that defendants pla of guilty be accepted by a District Court Judge by Chief Mag Judge John A. Jarvey as to defendant Javon Davis (cc: all counsel,USP,LRR) DGE (Entered: 01/28/2003) |
| 01/28/2003 | 16 | Notice Regarding Entry of a Plea of Guilty and Consent to Proceed |

| | | |
|---|---|---|
| | | Before a Magistrate Judge by defendant Javon Davis DGE (Entered: 01/28/2003) |
| 02/12/2003 | 17 | ORDER REGARDING MAGISTRATE'S REPORT AND RECOMMENDATION CONCERNING DEFT'S GUILTY PLEA by Judge Linda R. Reade as to defendant Javon Davis adopting report and recommendation [15-1] guilty plea entered by Javon Davis (cc: all counsel,USP) DGE (Entered: 02/13/2003) |
| 06/20/2003 | 18 | SEALED PRESENTENCE INVESTIGATION REPORT as to Defendant Javon Davis (HOUSED SEPARATELY w/Statement of Reasons) (mp) (Entered: 06/20/2003) |
| 06/20/2003 | 19 | SEALED SENTENCING RECOMMENDATION as to Defendant Javon Davis. (HOUSED SEPARATELY) (mp) (Entered: 06/20/2003) |
| 06/23/2003 | 20 | ORDER SETTING SENTENCING HEARING as to Defendant Javon Davis for 8/7/2003 at 03:30 PM in CR 3rd Fl Ct before Judge Linda R Reade. Signed by Judge Linda R Reade on 06/23/03. (mem) (Entered: 06/23/2003) |
| 06/24/2003 | 21 | SENTENCING MEMORANDUM by United States of America as to Defendant Javon Davis. (mem) (Entered: 06/25/2003) |
| 07/31/2003 | 22 | SENTENCING MEMORANDUM by Defendant Javon Davis (ksy, ) (Entered: 08/01/2003) |
| 08/07/2003 | 23 | Minute Entry for proceedings held before Judge John A Jarvey :Sentencing held on 8/7/2003 as to defendant Javon Davis (Court Reporter Tracy Lamp.) (deve) (Entered: 08/08/2003) |
| 08/07/2003 | 24 | JUDGMENT as to Defendant Javon Davis (1), Count(s) 1, 70 months imprisonment. 5 years supervised release. $100.00 assessment. Judgment Book # 28 Document # 42. Signed by Judge Linda R Reade on 8/7/03. (deve) (Entered: 08/08/2003) |
| 08/07/2003 | | (Court only) ***Case Terminated as to Defendant Javon Davis (deve) (Entered: 08/08/2003) |
| 09/23/2003 | 25 | Judgment Returned Executed as to Defendant Javon Davis delivered on 9/17/03 to USP, Terre Haute, IN. (mem) (Entered: 09/24/2003) |
| 02/29/2008 | 26 | Probation Jurisdiction Transferred to Northern District of Illinois as to Defendant Javon Davis. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. Signed by Chief Judge Linda R. Reade on 02/05/2008 and Judge James Holderman on 02/22/2008. (Copies to NDIL via mail.) (jm) (Entered: 02/29/2008) |

FILED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA
DEC 0 6 2001
CEDAR RAPIDS HDQTRS. OFFIC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 01-72 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| STUART RADCLIFF SELK, | ) | 18 U.S.C. § 924(a)(2) |
| | ) | |
| Defendant. | ) | |

**COUNT 1**

On or about September 10, 2001, in the Northern District of Iowa, the defendant, STUART RADCLIFF SELK, having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a conviction on or about August 24, 1984, for Robbery in the Second Degree, in Linn County, Iowa, Case Number CRF 8571B, did knowingly possess in and affecting commerce a firearm, that is, a Winchester, Model 1300 Defender, 12 gauge shotgun, bearing serial number L3391208.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this _____ day of _____, 20__
Robert L. Phelps, Clerk
By _____
Deputy

_L. Slocum_

12-6
DATE

1

CHARLES W. LARSON, SR.
United States Attorney

By: [signature]

PETER E. DEEGAN, JR.
Assistant United States Attorney

AO 245B   (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

# United States District Court
### NORTHERN DISTRICT OF IOWA

FILED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA
2003 AUG -7 PM 5: 15
____ ROBERT L. PHELPS, OFFICE

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| **JAVON DAVIS** | Case Number:  CR 02-72-LRR |
| | BY_____ |
| | Jane Kelly, Assistant Federal Public Defender |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ pleaded guilty to count(s)  **1 of the one-count 09/27/2002 Indictment**

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) | Possession with Intent to Distribute Cocaine Base | 03/13/2002 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment, along with an attachment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's USM Number  29684-044

Copies mailed on 8/8/03
to counsel of record or pro se
parties as shown on the docket
sheet.
                          USM
                          USP
        _____
        Deputy Clerk

August 7, 2003
Date of Imposition of Judgment

_/s/ Linda R. Reade_
Signature of Judicial Officer

Linda R. Reade
U.S. District Court Judge
Name and Title of Judicial Officer

August 7, 2003
Date

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court
this ____ day of __February__, 20__
         Robert L. Phelps, Clerk
By _____
         Deputy

28/42

AO 245B (Rev. 3/01) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: **JAVON DAVIS**
CASE NUMBER: **CR 02-72-LRR**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **70 months**.

■ The court makes the following recommendations to the Bureau of Prisons:
**That the defendant participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Treatment Program. That the defendant be designated to a Bureau of Prisons facility as close to his family as possible commensurate with his security and custody classification needs.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 3/01) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __6__

DEFENDANT: JAVON DAVIS
CASE NUMBER: CR 02-72-LRR

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **5 years**.

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

- [ ] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.
- [x] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B.  (Rev. 3/01) Judgment in a Criminal Case
Sheet 3C — Supervised Release

DEFENDANT: JAVON DAVIS
CASE NUMBER: CR 02-72-LRR

Judgment—Page 4 of 6

## SPECIAL CONDITIONS OF SUPERVISION

1) You shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as you are released from the program by the probation officer.

2) You are prohibited from the use of alcohol and are prohibited from frequenting bars, taverns, or other establishments whose primary source of income is derived from the sale of alcohol.

AO 245B   (Rev. 3/01) Judgment in a Criminal Case
         Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT: **JAVON DAVIS**
CASE NUMBER: **CR 02-72-LRR**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 100 | $ 0 | $ 0 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |

**TOTALS**  $ _____   $ _____

☐ If applicable, restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the    ☐ fine and/or   ☐ restitution.

   ☐ the interest requirement for the    ☐ fine and/or   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
           Sheet 6 — Criminal Monetary Penalties

DEFENDANT:      JAVON DAVIS                                  Judgment — Page  6  of  6
CASE NUMBER:    CR 02-72-LRR

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**  ☐  Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, or ☐ E below; or

**B**  ■  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or

**C**  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.